No. 93–7678.  LICON-HERNANDEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–7700.  CUIE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–7701.  MOLEY *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 93–7710.  SANCHEZ *v.* MARTINEZ.  C. A. 5th Cir.  Certiorari denied.

No. 93–7783.  ESTES *v.* VAN DER VEUR, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 93–7813.  ADAMS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–7820.  WATSON *v.* MORRIS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 93–7821.  STATON *v.* VAUGHN, WARDEN, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 93–7829.  KIBBE *v.* CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 93–7832.  PHILLIPS *v.* GANJOO ET AL.  Sup. Ct. Va.  Certiorari denied.

No. 93–7834.  PLATSKY *v.* KILPATRICK ET AL.  C. A. 2d Cir. Certiorari denied.

No. 93–7835.  McGUFFEY *v.* GEORGIA ADVOCACY OFFICE ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 93–7836.  McCAMPBELL *v.* GRIMES.  C. A. 11th Cir.  Certiorari denied.

No. 93–7837.  WARREN *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 93–7841.  HUNT *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.